UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:
EEPAYROLLSERVICES, LLC                CASE NO. 14-30621
                                           (Chapter 7)
            Debtor.

## MOTION FOR HEARING UPON SHORTENED NOTICE

The Trustee, by and through the undersigned counsel, respectfully represent to the Court as follows:

1. An Order for Relief pursuant to an Involuntary Petition against the debtor was entered by this Court on April 23, 2014.

2. Concurrently herewith, there has been filed in this case a Motion for Order Authorizing Trustee to Sell Assets of the Debtor.

3. This matter needs to be heard in this Court upon shortened notice because other related matters are set for hearing in this case on May 1, 2014 and hearing the Motion referenced above at the same time would be more efficient for all parties involved.

4. It is submitted that mailing of notice of hearing by first class mail on April 29, 2014 for a hearing on May 1, 2014 to be held in this Court is adequate Notice and a Hearing as that phrase is defined in the Bankruptcy Code and the Rules of Bankruptcy Procedure.

**WHEREFORE,** the Trustee respectfully prays this Court that an Order be entered shortening the time period for notice of hearing on the Motion for Order Authorizing Trustee to Sell Assets of the Debtor from the time period normally contemplated by the Rules of Bankruptcy Procedure to a time period consisting of mailing of Notice of Hearing by first class mail to appropriate parties on April 29, 2014 for a hearing to be held in this Court on May 1, 2014; and for such other and further relief as is just and proper.

Dated: 4-29-14

Wayne Sigmon, Attorney for the Trustee
Sigmon & Henderson PLLC
518 South New Hope Road    (704)865-6265
Gastonia, North Carolina   28054

## CERTIFICATE OF SERVICE

The undersigned certifies that the pleading or paper to which this Certificate is affixed was served upon the other party(s) to this action by hand delivery or by depositing a copy of the same, enclosed in a first-class postpaid wrapper properly addressed to the attorney(s) of record for such other party(s), in a post office or official depository under the exclusive care and custody of the United States Postal Service this the 29 day of April, 2014.

_____
Wayne Sigmon, Attorney

VIA ECF:

Linda Simpson
Bankruptcy Administrator

Shelley Koon Abel
Attorney at Law

Ross Robert Fulton
Attorney at Law

Christopher T. Graebe
Attorney at Law

Constance L. Young
Attorney at Law

Mary Cabell Clay
Attorney at Law

Edward C. Hay
Attorney at Law

David C. Wright
Attorney at Law

J. Trevor Johnston
Attorney at Law

Lee A. Peindl
Attorney at Law

A. Burton Shuford
Attorney for the Debtor

Douglas J. Tate
Attorney at Law

William R. Terpening
Attorney at Law

Martin L. Brackett
Attorney at Law

R. Steven DeGeorge
Attorney at Law

Sarah Jayne Hayward
Attorney at Law

Kate E. Payerle
Attorney at Law

Julie E. Mendoza
Attorney at Law

Via First Class Mail:

David Schilli
Robinson Bradshaw & Hinson
101 North Tryon Street
Suite 1900
Charlotte, NC 28246

John Taylor
Attorney at Law
4600 Park Road
Suite 420
Charlotte, NC 28209

Rick Mitchell
Attorney at Law
4600 Park Road
Suite 200
Charlotte, NC 28209

William L. Ellison, Jr.
The McIntosh Law Firm, P.C.
P.O. Box 2270
Davidson, NC 28036

Michael K. Elliott
Elliott Law Firm PC
P.O. Box 1821
Huntersville, NC 28078

Benjamin Bain-Creed
Assistant United States Attorney
Suite 1650 Carillon Building
227 West Trade Street
Charlotte, NC 28202

Kelli Ferry
Assistant United States Attorney
Suite 1650 Carillon Building
227 West Trade Street
Charlotte, NC 28202

Andrew W.J. Tarr
Robinson Bradshaw & Hinson
101 North Tryon Street
Suite 1900
Charlotte, NC 28246

Department of the Treasury-IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

Office of the United States Attorney
Suite 1650 Carillon Building
227 West Trade Street
Charlotte, NC 28202

District Director
Internal Revenue Service
Special Procedures Section
320 Federal Place
Greensboro, NC 27401

Director
Internal Revenue Service
Washington DC 20201

US Attorney General
Department of Justice
Washington DC 20201

Civil Trial Section
Department of Justice
Washington DC 20530

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168